Gary M. Messing, Bar No. 075363
James W. Henderson, Jr., Bar No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
980 9th Street, Suite 380
Sacramento, California 95814
Telephone:   916.446.5297
Facsimile:   916.448.5047

Attorneys for Plaintiff
HENRY L. FRANCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| HENRY L. FRANCO,<br><br>            Plaintiff,<br><br>      v.<br><br>COUNTY OF FRESNO,<br><br>            Defendant. | Case No. 1:13-CV-00797-BAM<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF HENRY L. FRANCO** |

IT IS HEREBY STIPULATED and agreed by Plaintiff Henry L. Franco and Defendant County of Fresno as follows:

1.  That Henry L. Franco agrees to dismiss the above-entitled action with prejudice as to Defendant County of Fresno; and

2.  In exchange for the agreement of Plaintiff Franco to dismiss his action, the County of Fresno agrees to waive any claims for attorney's fees and costs against Henry Franco.

DATED: April 14, 2014     Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP

By: /s/ James W. Henderson, Jr.
James W. Henderson, Jr.
Attorneys for Plaintiff
HENRY L. FRANCO

DATED: April 11, 2014     Respectfully submitted,

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH

By: /s/ Michael G. Woods
Michael G. Woods
Attorneys for Defendant
COUNTY OF FRESNO

## ORDER

Pursuant to the stipulation of dismissal filed on April 11, 2014 by Plaintiff Henry Franco, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorney's fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 14, 2014**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE